UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN LASH,<br><br>　　　　　　Plaintiff,<br>v.<br>KAREN GEDNEY, et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00626-MMD-WGC<br><br><br><br><br><br><br>*and related case* |
| JOHN LASH,<br><br>　　　　　　Plaintiff,<br>v.<br>KAREN GEDNEY, et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00625-RCJ-VPC<br><br>Reassignment Order |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:15-cv-00626-MMD-WGC is reassigned to District Judge Robert C. Jones, and Magistrate Judge Valerie P. Cooke, and all future pleadings must bear case number 3:15-cv-00626-RCJ-VPC.

Dated: This 12th day of July, 2016.

_____　　　_____
MIRANDA M. DU　　　　　　　　　　　　ROBERT C. JONES
UNITED STATES DISTRICT JUDGE　　　UNITED STATES DISTRICT JUDGE